133 A.3d 733

Mary Ann PROTZ

v.

WORKERS' COMPENSATION APPEAL BOARD
(DERRY AREA SCHOOL DISTRICT).

Petition of Derry Area School District.

Supreme Court of Pennsylvania.

March 22, 2016.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of March, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Does Section 306(a.2) of the Pennsylvania Workers' Compensation Act unconstitutionally delegate the State Legislature's lawmaking authority in violation of Article II, Section 1 of the Pennsylvania Constitution by incorporating the most recent edition of the AMA *Guides to the Evaluation of Permanent Impairment*?